IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRAXXAS, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-1702-O |
| | § | |
| OFNA-D&S CORP, and | § | |
| OFNA RACING | § | |
| | § | |
| Defendants. | § | |

Order of Dismissal

Plaintiff, Traxxas, has filed a motion of dismissal based on the terms of an agreement between the parties expressed in a Settlement Agreement on file with the Court in which the parties agree that the Court shall retain jurisdiction to enforce the Settlement Agreement. The Court GRANTS the motion; and

ORDERS that this action be and is hereby dismissed and the Court shall retain jurisdiction over the parties and the subject matter of this action to enforce the Settlement Agreement.

Each party shall bear his own attorneys fees.

SINGED this 13th day of February, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**